IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULA R. CREPS,<br><br>Defendant. | 8:22CR229<br><br>**FORFEITURE<br>MONEY JUDGMENT** |

This matter is before the Court on the government's Motion for a Forfeiture Money Judgment (Filing No. 27). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 5, 2023, defendant Paula R. Creps ("Creps") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Creps with mail fraud, in violation of 18 U.S.C. § 1341.

2. The Forfeiture Allegation sought a money judgment against Creps pursuant to 18 U.S.C. § 981(a)(1)(C) and Title 28, U.S.C. § 2461(c), for a sum of money equal to the value of the property constituting, or derived from, any proceeds Creps obtained directly or indirectly as the result of the offenses set forth in Count I of the Indictment.

3. Based on Crep's guilty plea and admission, Creps agrees to pay a forfeiture money judgment in the amount of $44,884.95 in United States currency.

4. The government's Motion for Forfeiture Money Judgment is granted.

IT IS ORDERED:

1. The government's Motion for a Forfeiture Money Judgment (Filing No. 27) is granted.

2.     Creps, pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) and Fed. R. Crim. P. 32.2(b)(2), shall be, and hereby is, liable for a forfeiture money judgment in the amount of $44,884.95 in United States currency.

3.     Upon entry of this order, it shall become a final order of forfeiture as to Creps.

4.     The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

Dated this 18th day of July 2023.

BY THE COURT:

*[signature]*

Robert F. Rossiter, Jr.
Chief United States District Judge