IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR229 |
| vs. | **ORDER** |
| PAULA R. CREPS, | |
| Defendant. | |

This matter is before the Court upon the United States's Motion to Vacate the Forfeiture Money Judgment and Dismiss Forfeiture Allegation (Filing No. 64). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be granted.

IT IS THEREFORE ORDERED as follows:

1. The United States's Motion is hereby granted.

2. The Forfeiture Money Judgment in the amount of $44,884.95 (Filing No. 28) is vacated and the Forfeiture Allegation of the Indictment is hereby dismissed.

Dated:   October 6, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
**Chief, United States District Court Judge**